**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL BEVERIDGE,**<br>**Plaintiff,**<br><br>**v.**<br><br>**KRISH INTERNATIONAL GEMS, CORP. and LD THALAGALAGA,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-01950** |

# ORDER

**AND NOW**, this 25th day of November, 2026, upon consideration of Defendant Krish International Gems, Corp.'s ("Krish Corp.") Motion to Dismiss Plaintiff's Claims for Punitive Damages (ECF No. 7 (the "Krish Corp. Motion")), Defendant LD Thalagalga's ("Thalagalaga") Motion to Dismiss Plaintiff's Claims for Punitive Damages (ECF No. 12 (the "Thalagalaga Motion")) (together, the "Motions"), and Plaintiff's responses thereto (ECF Nos. 11, 13), the Motions are **DENIED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

_______________________________
**HODGE, KELLEY B., J.**